AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

WILLIAM R. LYONS,

     Petitioner,     JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:09-cv-00707-LRH-VPC**

JAMES BENEDETTI, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for lack of exhaustion as to all claims presented.

  September 17, 2010                                  **LANCE S. WILSON**
                                                                   Clerk

                                                                    /s/ Katie Lynn Ogden
                                                                       Deputy Clerk